UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHARLES A. BURTON and
JOYCE BURTON,

CIVIL NO. 01-2348 (DWF/AJB)

Plaintiffs,

v.

ORDER

HONEYWELL INTERNATIONAL INC.,

Defendant.

The above matter is in the process of being reassigned to District Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan. Therefore, the pretrial conference scheduled before the undersigned for February 6, 2002 is canceled.

Dated: January 30, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK